# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 32 EM 2019
:
Respondent   :
:
:
:
v.   :
:
:
:
JASON V. SIDERIO,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

 **AND NOW**, this 8th day of July, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.